██ WENDY L. McCANN, Appellant, v FRANCIS E. McCANN et al., Respondents. (Appeal No. 2.) Present — Dillon, P. J., Boomer, Green, O'Donnell, and Schnepp, JJ.